JAP:AS

**15 M 0409**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

EDWARD MARTINEZ,

        Defendant.

- - - - - - - - - - - - - - - - X

PRE-ARRAIGNMENT
COMPLAINT

(21 U.S.C. §§ 952(a) and 960)

FO Kamdang
5/4/15
4:15 pm

EASTERN DISTRICT OF NEW YORK, SS:

      SHANNON MCFADDEN being duly sworn, deposes and states that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

      On or about May 1, 2015, within the Eastern District of New York and elsewhere, the defendant EDWARD MARTINEZ did knowingly, intentionally and unlawfully import into the United States from a place outside thereof, cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. On May 1, 2015, the defendant EDWARD MARTINEZ arrived at John F. Kennedy International Airport ("JFK") in Queens, New York aboard Delta flight number 556 from Santiago, Dominican Republic.

2. A Customs and Border Protection ("CBP") Officer stopped the defendant EDWARD MARTINEZ for a border enforcement examination. A baggage examination was completed, which yielded negative results. In response to questioning, the defendant appeared nervous. A pat-down search was requested and approved, which also yielded negative results. Upon further questioning, the defendant was suspected of being an internal courier for controlled substances.

3. The defendant read a standard x-ray consent form, indicated that he understood it, and signed it. He was then transported to the medical facility at JFK, where the x-ray showed presence for foreign bodies.

4. On May 2, 2015, the defendant passed 16 pellets, which were field-tested positive for cocaine. He remains at the medical facility where his bowl movements are being monitored.

5. The defendant EDWARD MARTINEZ will be detained at the JFK medical facility until such time as he has passed all the pellets contained within his intestinal tract.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

WHEREFORE, your deponent respectfully request that the defendant EDWARD MARTINEZ be dealt with according to law.

_____
SHANNON MCFADDEN
Special Agent
Homeland Security Investigations

Sworn to me before this
4th day of May, 2015

_____
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK